# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOE JACOVO,<br><br>        Plaintiff,<br><br>vs.<br><br>CARMINA NACORDA; JESSICA CACERES; LOS ANGELES UNIFIED SCHOOL DISTRICT; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No.: CV 17-01736-PA(SKx)<br><br>Assigned to the Honorable U.S. District Judge Percy Anderson<br><br>**ORDER RE: DISMISSAL**<br><br>**[Federal Rules of Civil Procedure, Rule 41(a)(1)(A)-(B)]** |

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), that the above-captioned action be and hereby is dismissed, in its entirety, *with prejudice,* each party to bear its own fees and costs.

Dated: November 3, 2017    By: _____
                                              UNITED STATES DISTRICT JUDGE